■ AUDINO ERCOLANI, Respondent, v. SAM AND AL REALTY Co., INC., et al., Respondents, and JOSEPH M. VUCKER et al., Intervening Appellants.— In an action to foreclose a mortgage on real property, Joseph M. Vucker and two other "applicants to intervene" appeal from an order of the Supreme Court, Westchester County, entered February 19, 1965, which: (a) denied their application to intervene; and (b) on plaintiff's motion, confirmed the Referee's report of sale. Order affirmed, with one bill of $30 costs and disbursements to all the respondents. The applicants seeking intervention are

too remote from this foreclosure action. Their claim on the proceeds of the sale is contingent and unadjudicated. Christ, Acting P. J., Brennan, Hill, Hopkins and Benjamin, JJ., concur.